**David QUIROGA, Plaintiff–Appellant**

v.

**CITY OF GALVESTON, Defendant–Appellee.**

No. 12–40878

Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

May 7, 2013.

Anthony Paul Griffin, Esq., A. Griffin Lawyers, Galveston, TX, for Plaintiff–Appellant.

George William Vie, III, Carla J. Cotropia, Mills Shirley, L.L.P., Houston, TX, for Defendant–Appellee.

---

Before KING, CLEMENT, and HIGGINSON, Circuit Judges.

PER CURIAM: *

David Quiroga appeals the district court's order granting summary judgment for the City of Galveston on his retaliation and race discrimination claims. After reviewing the record de novo and considering the arguments presented in the briefs, we AFFIRM the grant of summary judgment in favor of the City of Galveston for essentially the reasons given by the magistrate judge and adopted by the district judge.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.